AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Juan De Dios GARCIA

**CRIMINAL COMPLAINT**

FILED
JUL 17 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Number: 3 07 70425 JL

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **July 6, 2007** (Date) in **Marin** County, in the **Northern** District of **California** defendant(s) did,

(Track Statutory Language of Offense)

as an alien, having been previously excluded, deported, and removed from the United States to Mexico, and having subsequently voluntarily returned to and remained in the United States, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a re-application by the defendant for admission into the United States,

in violation of Title **8** United States Code, Section(s) **1326**.

I further state that I am a(n) **Deportation Officer, ICE** (Official Title) and that this complaint is based on the following facts:

See Affidavit of Cesar J. Lopez, attached hereto and incorporated by reference.

Maximum penalties: 20 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment.

Continued on the attached sheet and made a part of this complaint:  ☒ Yes  ☐ No

*No bail arrest warrant requested.*
*Approved as to form* ⎯ Erika Frick, AUSA

Signature of Complainant

Cesar J. Lopez
Printed Name of Complainant

Sworn to before me and signed in my presence,

**7/17/07**
Date

at **San Francisco**, **CA**
City / State

*Nandor Vadas*
Hon. ~~James Larson~~   ~~Chief~~ US Magistrate Judge
Name of Judge        Title of Judge         Signature of Judge

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Cesar J. Lopez, being duly sworn, do hereby state:

### Introduction

My name is Cesar J. Lopez, and I submit this affidavit in support of a criminal complaint against Juan De Dios GARCIA for violating Title 8, United States Code, Section 1326.

### Statutory Background

The elements of a violation of Title 8, United States Code, Section 1326 (Deported Alien Found in the United States) are:

1) The Defendant is an **alien**;

2) Who has been **previously deported**;

3) **Voluntarily** returned to or remained in the United States;

4) Was **found** in the United States;

5) **Without permission** of the Attorney General or the Secretary for Homeland Security.

### Agent Background

I am a Deportation Officer with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"). I have been employed in this capacity since July 24, 1994. I am currently assigned to the Prosecutions Unit of the ICE Office in San Francisco, California.

### Statement of Probable Cause

I have reviewed the official Alien Registration File (A98 270 568) and the automated criminal records (CII: CA23292354 and FBI: 191329VB1) relating to Juan De Dios GARCIA,

1

which attest to the following:

1.   Juan De Dios GARCIA, ("GARCIA") is a twenty-seven (27) year-old male, native and citizen of Mexico.

2.   GARCIA's official Alien Registration File (A98 270 568) contains an executed Warrant of Deportation indicating that GARCIA was deported from the United States to Mexico through San Ysidro, California on August 21, 2006.

3.   On July 6, 2007, the San Quentin State Prison contacted Immigration and Customs Enforcement to alert ICE to GARCIA's presence at the Prison. On July 6, 2007, an immigration detainer was lodged.

4.   On July 6, 2007, an Immigration Enforcement Agent interviewed GARCIA at the California State Prison San Quentin, and advised GARCIA of his Miranda and Consular Notification Rights. GARCIA waived his rights and provided a sworn statement in which he admitted that he was a citizen and national of Mexico, and that he had been previously deported to Mexico. He also admitted that he reentered the United States illegally, without first having obtained the consent of the Attorney General of the United States or the U.S. Secretary of Homeland Security.

5.   On July 12, 2007, a full set of rolled fingerprints belonging to GARCIA were submitted to the Automated Fingerprint Identification Center ("AFIS") for verification of identity. The fingerprint examiner positively identified the fingerprints as belonging to the same Juan De Dios GARCIA who has previously been removed from the United States as referenced above.

6. There is no indication in the official files of the United States Department of Homeland Security that GARCIA ever applied for or obtained the permission of the United States Attorney General or the Secretary of Homeland Security to reenter the United States.

## Conclusion

Based upon the facts described above, I believe that there is probable cause that the defendant, **Juan De Dios GARCIA**, having previously been deported from the United States, has been found in the United States without first having obtained the consent of the Attorney General of the United States or the U.S. Secretary of Homeland Security, in violation of Title 8, United States Code, Section 1326.

Cesar J. Lopez
Deportation Officer
U.S. Department of Homeland Security
Immigration and Customs Enforcement
San Francisco, California

Subscribed and sworn to before me this 17th day of July 2007 at San Francisco, California.

Honorable ~~James Larson~~ NANDOR VASAS
~~Chief~~ United States Magistrate Judge
Northern District of California
San Francisco, California

3