SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

DOUG SPRAGUE (CASBN 202121)
Acting Chief, Criminal Division

ERIKA R. FRICK (CSBN 208150)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6973
   Facsimile: (415) 436-7234
   Email: erika.frick@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 3-07-70425 JL |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM JULY 18, 2007 TO AUGUST 2, 2007 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A) & (B)(iv)) |
| v. | ) | |
| JUAN DE DIOS GARCIA, | ) | |
| Defendant. | ) | |

On July 18, 2007, the parties appeared before Your Honor for an initial appearance on the above-captioned indictment. On July 24, 2007, the parties appeared before Your Honor for a detention hearing, at which the defendant waived the hearing and findings. With the agreement of the parties, and with the consent of the defendant, the Court enters this order (1) scheduling a preliminary hearing before the Honorable Joseph C. Spero on August 2, 2007, at 9:30 a.m.; and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), from July 18, 2007 to August 2, 2007. The parties agreed, and the Court found and held, as follows:

STIPULATION AND [PROPOSED] ORDER
CR 3-07-70425 JL

1. The parties agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny both government and defense counsel reasonable time necessary for effective case preparation because the parties are still engaged in discovery and other case preparation.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from July 18, 2007 to August 2, 2007 outweighed the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from July 18, 2007 to August 2, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

4. The Court scheduled a preliminary hearing before the Honorable Joseph C. Spero on August 2, 2007, at 9:30 a.m.

IT IS SO STIPULATED.

DATED: July 30, 2007
_____/s/_____
ERIKA R. FRICK
Assistant United States Attorney

DATED: July 30, 2007
_____/s/_____
DAN BLANK
Attorney for Juan De Dios Garcia

**IT IS SO ORDERED.**

DATED: July 31, 2007
_____
THE HON. JAMES LARSON
Chief United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
CR 3-07-70425 JL                    2